The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR17-235-JLR |
| Plaintiff | |
| v. | ~~(PROPOSED)~~ |
| PAUL D. LAMARCHE, | PROTECTIVE ORDER |
| Defendant. | |

This matter having come before the Court on a Stipulated Motion for Entry of a Discovery Protective Order, the Court hereby enters the following:

**DISCOVERY PROTECTIVE ORDER**

**A.    Definitions**

As used in this Order, the term "Protected Information" means any date of birth, Social Security number, driver's license number, bank account number, credit card number, personal identification number, address, telephone number, name and/or location of employment, criminal history record, background check, immigration history/status, and/or any other similar information or number implicating a privacy interest and belonging to an individual, business, partnership, or corporation.

Protective Order
U.S. v. LaMarche/ CR17-235-JLR - 1

1  "Protected Information" also includes the name of any victim of the charged

2  offenses or any non-defendant witness.

3       As used in this Order, the term "Protected Material" means any document or other

4  record containing or reflecting Protected Information.

5  **B.**    **Procedures**

6       The government is not required to redact Protected Information that pertains only

7  to the Defendant or an immediate family member of the Defendant.

8       Defense counsel may produce to the Defendant any documents that contain

9  Protected Information or Protected Material that pertains only to the Defendant or an

10  immediate family member of the Defendant.  Defense counsel may also produce any

11  document to the Defendant that that does not contain any Protected Information or

12  Protected Material.

13       Items designated in the government's discovery log as "Protected" contain

14  Protected Information and the associated files and/or documents are not to be produced to

15  the Defendant except as described below.

16       Possession of all other Protected Information and/or Protected Material is hereby

17  limited to the attorneys of record in the above captioned case and their investigators and

18  agents. The attorneys of record and their investigators and agents may review Protected

19  Information and/or Protected Material with the Defendant. The Defendant may visually

20  inspect and review such documents but shall not be allowed to possess Protected

21  Information (such as unredacted copies of Protected Material or notes, copies, or

22  photographs of such Protected Material containing Protected Information). The

23  Defendant may possess documents from which all Protected Information has been

24  redacted.

25       The attorneys of record and their investigators and agents may review or discuss

26  the contents of documents containing Protected Material with any prospective witness, as

27  long as the attorneys of record and investigators and agents do not share the unredacted

28

Protective Order
U.S. v. LaMarche/ CR17-235-JLR - 2

1  documents, or share any Protected Information of victims or witnesses, with any

2  prospective witness.

3          If any Protected Information or Protected Material is filed in court or otherwise

4  disseminated as part of litigation, the parties agree to redact such information prior to

5  filing; unless, based on a party's application prior to filing, the Court finds that an

6  unredacted filing is necessary and appropriate.

7          For redactions, numbers that constitute Protected Information shall be redacted to

8  the last 2-4 digits and names shall be redacted to initials, or otherwise as needed to

9  comply with applicable federal and local rules.

10         The attorneys of record and their investigators and agents shall keep any Protected

11 Material secured whenever the Protected Material is not being used in furtherance of their

12 work in the above-captioned case.

13         All documents containing Protected Material shall be returned to the

14 United States, or destroyed, once all charges are resolved by dismissal or by final

15 conviction.

16         The parties agree that this Protective Order may be modified, as necessary, by

17 filing with the Court a Stipulated Order Modifying the Protective Order, or by other order

18 of the Court.

19
20         DATED this __1st__ day of _____October_____, 2017.

21
22
                                    JAMES L. ROBART
23                                  United States District Court Judge

24
25 Presented by:

26 /s/ Stephen Hobbs
27 STEPHEN HOBBS
   Assistant United States Attorney
28

Protective Order
U.S. v. LaMarche/ CR17-235-JLR - 3