The Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CAUSE NO. CR17-235 JLR |
| Plaintiff, | |
| v. | [PROPOSED] ORDER CONTINUING TRIAL DATE |
| PAUL D. LaMARCHE, | |
| Defendant. | |

Having considered Defendant's unopposed motion to continue the trial date and extend the pretrial motions deadline, and the records and files herein, the Court hereby makes the following findings:

1. Discovery was timely provided by the government. Still, reviewing this discovery, which consists of over 10,000 pages of reports, summaries and financial records, will be time-consuming and could not be accomplished between the time it was disclosed to the defense on or around October 2, 2017 and the current trial date of December 5, 2015.

2. The crimes alleged by the government require investigating conduct that occurred over a span of more than three decades, dating back to the 1980s, which will be difficult and time-consuming and could not be accomplished by the current trial date.

3. Counsel for defendant has other obligations that would interfere with his ability to be prepared for a trial on the current date.

ORDER CONTINUING TRIAL DATE - Page 1

The Court concludes therefore that a failure to grant a continuance would deny counsel's reasonable need for additional time to properly review and analyze discovery, conduct legal research, complete investigation, advise his client, and adequately prepare a defense taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. §§ 3161(h)(7)(B)(I), (iv). The Court therefore finds that the ends of justice will be served by continuing the trial date in this case and that this outweighs the best interests of the Defendants and the public in a more speedy trial.

IT IS THEREFORE ORDERED that Defendant's unopposed joint motion is GRANTED. The trial date in this matter is continued from December 5, 2017 to April 16, 2018 at 9:00am.

All pretrial motions shall be filed no later than March 1, 2018.

IT IS FURTHER ORDERED that the period of time from the date of this Order through the new trial date of April 16, 2018 shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*

DATED: this 19th day of October, 2017.

Hon. James L. Robart
United States District Judge

ORDER CONTINUING TRIAL DATE - Page 2

LAW OFFICE OF MICHAEL IARIA PS
1111 Third Avenue, Suite 2220
Seattle, Washington 98101
206-400-7576