The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PAUL D. LAMARCHE, <br><br> Defendant. | NO. CR17-235-JLR <br><br> [Proposed] <br> ORDER TO SEAL EXHIBIT E TO GOVERNMENT'S SENTENCING MEMORANDUM |

Based upon the motion of the United States, and the representations made therein, it is HEREBY ORDERED that:

Exhibit E to the Government's Sentencing Memorandum be FILED UNDER SEAL to protect personal information of the Defendant, and for this reason, the exhibit is not permitted to be made publicly available.

IT IS SO ORDERED.

DATED this 27th day of September, 2018.

_____
JAMES L. ROBART
United States District Judge

Presented by:

*s/Stephen Hobbs*
STEPHEN HOBBS
Assistant United States Attorney

ORDER TO SEAL - 1
*United States v. Lamarche*/CR17-235-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970