The Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CAUSE NO. CR17-235 JLR |
| Plaintiff, | |
| v. | [PROPOSED] ORDER SEALING DEFENSE PRESENTENCE EXHIBIT NO. 5 |
| PAUL D. LaMARCHE, | |
| Defendant. | |

Having read the defendant's Motion to Seal, and because of confidential medical information contained in Defense Presentence Exhibit No. 5,

IT IS NOW THEREFORE HEREBY ORDERED that the Clerk of the Court shall seal Defense Presentence Exhibit No. 5.

Dated 27 September 2018.

Hon. James L. Robart
U.S. District Judge

**[PROPOSED] ORDER SEALING DEFENSE PRESENTENCE EXHIBIT NO. 5**

LAW OFFICE OF MICHAEL IARIA PS
1111 Third Avenue, Suite 2220
Seattle, Washington 98101
206-400-7576