UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PAUL D. LAMARCHE,<br><br>    Defendant. | No. CR17-235-JLR<br><br>[~~PROPOSED~~]<br><br>**ORDER STRIKING THE UNITED STATES' MOTION FOR ENTRY OF AN ORDER OF FORFEITURE AND LIFTING THE PROTECTIVE ORDER** |

THIS MATTER comes before the Court on the United States' Motion to Strike and to Lift the Protective Order ("Motion"). The Court, having reviewed the United States' Motion and supporting materials, as well as the other papers and pleadings filed in this matter, and finding good cause, hereby STRIKES the United States' Motion for Entry of an Order of Forfeiture (Dkt. No. 26) and LIFTS the Protective Order Restraining

///

Order Striking and Lifting Protective Order - 1
U.S. v. Paul D. LaMarche, CR17-235-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Stock Share No. 7 and the associated moorage rights (Dkt. No. 15).

IT IS SO ORDERED.

DATED this _28th_ day of September, 2018.

THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Michelle.Jensen@usdoj.gov

Order Striking and Lifting Protective Order - 2
U.S. v. Paul D. LaMarche, CR17-235-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970