The Hon. James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CAUSE NO. CR17-235 JLR |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION FOR RETURN OF PASSPORT |
| PAUL D. LaMARCHE, | |
| Defendant. | |

The defendant, Paul LaMarche, has objected to the forwarding of his passport to the Department of State and has moved for the return of his passport to him, c/o his wife, Mary LaMarche, at the home address he has previously provided to the Probation Office and to Pretrial Services. This motion is unopposed by the government.

The motion is granted and the Clerk is ordered to return the defendant's passport to him, c/o Mary LaMarche, at the home address he has previously provided to the Probation Office and Pretrial Services. Counsel for the defendant is directed to provide that address to the Clerk's Office.

DATED this 26th day of November, 2018

_____
Hon. James L. Robart

**ORDER GRANTING UNOPPOSED**
**MOTION FOR RETURN PASSPORT**

LAW OFFICE OF MICHAEL IARIA PS
1000 Second Avenue, Suite 3140
Seattle, Washington 98104
206-400-7576